UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| NAINIA POURIA, | ) ED CV 11-1891-SH |
| | ) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

IT IS ADJUDGED that the decision of the Commissioner reversed and remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g)

DATED: June 1, 2012

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE