UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | | |
|---|---|---|
| NAINIA POURIA, | ) | ED CV 11-1891-SH |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS ADJUDGED that the decision of the Commissioner reversed and remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g)

DATED: June 1, 2012

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE